UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Avina Grier,<br><br>    Plaintiff(s),<br><br>vs.<br><br>7-Eleven, Inc.,<br><br>    Defendant(s). | 2:25-cv-00798-MDC<br><br>**ORDER DENYING STIPULATION** |

The parties' *Stipulated Discovery Plan and Scheduling Order* at ECF No. 13 is **DENIED** without prejudice. LR 26-1(b)(1) measures the standard 180-day discovery period from the date when the first defendant appears or answers, not the initial case conference date. For purposes of LR 26-1(b)(1), the first defendant 7-Elevent, Inc. appeared on 05/07/25 (ECF No. 1). The parties shall file an amended stipulation by **August 15, 2025**, which complies with LR 26-1(b)(1) or shows good cause for a longer discovery period of 180-days from the June 5, 2025, case conference.

DATED this 1st day of August 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge